## CUTTING v. FOXFIRE VILLAGE

No. 382P85.

Case below: 75 N.C. App. 161.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 October 1985.

## DAILEY v. INTEGON INS. CORP.

No. 478P85.

Case below: 75 N.C. App. 387.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 November 1985.

## DOUGLAS v. PENNAMCO, INC.

No. 462P85.

Case below: 75 N.C. App. 644.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 November 1985.

## FALLSTON FINISHING v. FIRST UNION NAT. BANK

No. 629P85.

Case below: 76 N.C. App. 347.

Petition by plaintiffs for writ of certiorari to the North Carolina Court of Appeals denied 5 November 1985.

## FARLOW v. BD. OF CHIROPRACTIC EXAMINERS

No. 547P85.

Case below: 76 N.C. App. 202.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 November 1985. Notice of appeal by plaintiff under G.S. 7A-30 dismissed 5 November 1985.